# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-512
_____

A.S., Father,

    Appellant,

    v.

DEP'T OF CHILDREN AND
FAMILIES, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
George S. Reynolds III, Judge.

September 19, 2022

PER CURIAM.

    AFFIRMED.

OSTERHAUS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Valarie Linnen, Jacksonville, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellees.